June 08, 2012

Mr. Kevin M. Givens
Texas Dept. of Public Safety
P.O. Box 15327
Austin, TX 78761-5327
Ms. Patricia Cummings
405 Round Rock Avenue
Round Rock, TX 78664

RE: Case Number: 10-0983
 Court of Appeals Number: 03-10-00003-CV
 Trial Court Number: 09-1269-CC1

Style: TEXAS DEPARTMENT OF PUBLIC SAFETY
 v.
 LUKE THOMAS KASPAR

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Nancy E. |
| |Rister |
| |Mr. Jeffrey D. |
| |Kyle |